## BEN HOWARD v. VILLAGE OF CHISHOLM.[1]

March 23, 1934.

No. 29,801.

*Rosemeier & Montague,* for appellant.
*Frank M. Talus,* for respondent.

*PER CURIAM.*

The damages herein awarded were adequately proved, and hence the order is affirmed for the reasons stated in the opinion this day filed in Howard v. Village of Chisholm, 191 Minn. 245, 253 N. W. 766.

[1]Reported in 253 N. W. 768.